**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ALASKA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Salacia, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-4615279** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3 Lake Bellevue Drive, Suite 201** **Bellevue, WA 98005** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **King** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Salacia, LLC**                                                  Case number (*if known*) _____
    Name

---

**7.**  **Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __3114__

---

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District _____ | | When _____ | | Case number _____ | |
| | District _____ | | When _____ | | Case number _____ | |

---

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

---

Debtor  **Salacia, LLC**                                                    Case number (*if known*) _____
              Name

| List all cases. If more than 1, attach a separate list | Debtor District | **See Attachment** | | Relationship | _____ |
| | | When _____ | | Case number, if known | _____ |

---

**11. Why is the case filed in this district?**    *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency  _____
              Contact name        _____
              Phone                    _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☑ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  **Salacia, LLC**
Name                                                                        Case number (*if known*) _____

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 19, 2024**
MM / DD / YYYY

**X** **/s/ Aleksey Kozlov**                                              **Aleksey Kozlov**
Signature of authorized representative of debtor                         Printed name

Title    **Authorized Representative**

**18. Signature of attorney**

**X** **/s/ Thomas A. Buford**                                 Date **August 19, 2024**
Signature of attorney for debtor                                       MM / DD / YYYY

**Thomas A. Buford**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone    **(206) 292-2110**        Email address    **tbuford@bskd.com**

**1805046 AK**
Bar number and State

Debtor **Salacia, LLC**
Name

Case number (*if known*) _____

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ALASKA

Case number (*if known*) _____   Chapter __11__

☐ Check if this an amended filing

---

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Marine Fishing International, Inc.** | | | Relationship to you | **Affiliate** |
| District | **Alaska** | When | **8/19/24** | Case number, if known | |
| Debtor | **Marine Fishing International, LLC** | | | Relationship to you | **Affiliate** |
| District | **Alaska** | When | **8/29/24** | Case number, if known | |
| Debtor | **Modys, LLC** | | | Relationship to you | **Affiliate** |
| District | **Alaska** | When | **8/19/24** | Case number, if known | |
| Debtor | **Silver Wave, LLC** | | | Relationship to you | **Affiliate** |
| District | **Alaska** | When | **8/19/24** | Case number, if known | |
| Debtor | **Whittier Seafood, LLC** | | | Relationship to you | **Affiliate** |
| District | **Alaska** | When | **8/19/24** | Case number, if known | |

## LIMITED LIABILITY COMPANY RESOLUTION
Salacia, LLC

WHEREAS, Salacia, LLC, a Washington limited liability company (the "Company") is experiencing significant financial challenges; and

WHEREAS, the undersigned is the sole Member of the Company (the "Member"); and

WHEREAS, it is the opinion of the Member that the only reasonable and prudent response to the Company's financial circumstances is the filing of a voluntary petition in bankruptcy seeking protection and reorganization under Chapter 11 of the United States Bankruptcy Code; and

WHEREAS, the Company has selected the law firm of Bush Kornfeld LLP ("Bush Kornfeld") to represent the Company's interest in the Chapter 11 proceeding.

NOW, THEREFORE, the undersigned Member consents to the following action by the Company:

RESOLVED, that the Company shall employ Bush Kornfeld to represent it in the Chapter 11 proceedings, and shall seek to have that employment approved by the Bankruptcy Court as soon as is practicable; and it is

FURTHER RESOLVED, that the Company is hereby authorized to retain such other professional consultants on such terms of employment as are required in order to act in the best interests of the Company in prosecuting the Chapter 11 proceeding; and it is

FURTHER RESOLVED, that Aleksey Kozlov, an Authorized Person of the Company, is hereby authorized and directed to take such steps and execute such documentation as is required in order to effectuate any and all of the foregoing; and it is

FURTHER RESOLVED, that Aleksey Kozlov, an Authorized Person of the Company, is hereby authorized and directed to cause the Company to file a Chapter 11 bankruptcy.

DATED this _____ day of August, 2024.


NORTH STAR CAPITAL SOLUTIONS, LLC
    By:  Worldwide Food Solutions, LLC, its sole member and manager
    _____
    By: Roger Stiles, President

2837 hh16j6017p

WHEREAS, Salacia, LLC, a Washington limited liability company (the "Company") is experiencing significant financial challenges; and

WHEREAS, the undersigned is the sole Member of the Company (the "Member"); and

WHEREAS, it is the opinion of the Member that the only reasonable and prudent response to the Company's financial circumstances is the filing of a voluntary petition in bankruptcy seeking protection and reorganization under Chapter 11 of the United States Bankruptcy Code; and

WHEREAS, the Company has selected the law firm of Bush Kornfeld LLP ("Bush Kornfeld") to represent the Company's interest in the Chapter 11 proceeding.

NOW, THEREFORE, the undersigned Member consents to the following action by the Company:

RESOLVED, that the Company shall employ Bush Kornfeld to represent it in the Chapter 11 proceedings, and shall seek to have that employment approved by the Bankruptcy Court as soon as is practicable; and it is

FURTHER RESOLVED, that the Company is hereby authorized to retain such other professional consultants on such terms of employment as are required in order to act in the best interests of the Company in prosecuting the Chapter 11 proceeding; and it is

FURTHER RESOLVED, that Aleksey Kozlov, an Authorized Person of the Company, is hereby authorized and directed to take such steps and execute such documentation as is required in order to effectuate any and all of the foregoing; and it is

FURTHER RESOLVED, that Aleksey Kozlov, an Authorized Person of the Company, is hereby authorized and directed to cause the Company to file a Chapter 11 bankruptcy.

DATED this __16__ day of August, 2024.


NORTH STAR CAPITAL SOLUTIONS, LLC
By:  Worldwide Food Solutions, LLC, its sole member and manager


By: Roger Stiles, President


1

2837 hh16j6017p

**Fill in this information to identify the case:**

Debtor name  **Salacia, LLC**

United States Bankruptcy Court for the:  DISTRICT OF ALASKA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■  *Schedule H: Codebtors* (Official Form 206H)
■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __August 19, 2024__          X /s/ Aleksey Kozlov
                                          _____
                                          Signature of individual signing on behalf of debtor

                                          **Aleksey Kozlov**
                                          _____
                                          Printed name

                                          **Authorized Representative**
                                          _____
                                          Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Salacia, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF ALASKA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ahern Rentals (United Rentals) P.O. Box 051122 Los Angeles, CA 90074-1122** | **(800) 589-6797** | **Rental - Equipment** | | | | **$46,918.76** |
| **American Food Equipment Co. 4923 East Linden Street Caldwell, ID 83605** | | | | | | **$89,452.00** |
| **Arbon Equipment Corporation 25464 Network Place Chicago, IL 60673-1254** | **(888) 835-3394** | | | | | **$226,186.02** |
| **Auquix, LLC (PEWE) 19215 SE 34th St #106-202 Camas, WA 98607-8829** | **360-624-1343** | | | | | **$14,844.35** |
| **California Hydronics Corp PO Box 55602 Hayward, CA 94545-0602** | | | | | | **$116,088.16** |
| **DSI Dantech Speditorvej 1, Building 39 9000 Aalborg DENMARK CVR 38330284** | | | | | | **$882,000.00** |
| **Economy Fence Center 11709 Cyrus Way Mukilteo, WA 98275** | | | | | | **$64,095.00** |

| Debtor | **Salacia, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Key Technology Inc.** PO Box 95213 Chicago, IL 60694-5213 | | | | | | $103,488.00 |
| **Pacific Fire and Security, Inc.** 12529 - 131st Ct. NE Kirkland, WA 98034 | (206) 957-0907 | | | | | $33,334.78 |
| **Pacific Security** 2009 Iron Street Bellingham, WA 98225-4211 | (800) 743-2737 | | | | | $31,664.03 |
| **Rensch Engineering LLC** 111 Ave C - Ste 104 Snohomish, WA 98290 | info@renschengine ering.com 360-8363-6677 | | | | | $33,681.25 |
| **Riley Group** 17522 Bothell Way NE Bothell, WA 98011 | (425) 415-0551 | | | | | $15,883.00 |
| **Scan America Corporation** 9505 N Congress Ave Kansas City, MO 64153 | | | | | | $353,707.00 |
| **Snohomish County PUD_AC #8914** PO Box 1100 Everett,, WA 98206 | | | | | | $571,200.00 |
| **Sound Industrial LLC** PO Box 32 Silvana, WA 98287-0032 | (425) 377-5693 | | | | | $24,483.39 |
| **Spokane Stainless Technologies, Inc.** PO Box 3303 Spokane, WA 99220-3303 | (509) 928-0720 | | | | | $181,275.40 |
| **Tann Corporation** 2300 Northridge Drive Kaukauna, WI 54130 | (920) 766-3600 | | | | | $69,450.00 |
| **Triangle Package Machinery Company** 6655 W. Diversey Ave Chicago, IL 60707-2293 | (800) 621-4170 | | | | | $870,000.00 |

Debtor  **Salacia, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Whispering Pines Custom Landscapes, LLC 2518 Larlin Drive Everett, WA 98203-6929** | | | | | | $44,196.43 |
| **Wilevco LLC 10 Fortune Drive Billerica, MA 01821** | | | | | | $309,438.00 |

**Fill in this information to identify the case:**

Debtor name    **Salacia, LLC**

United States Bankruptcy Court for the:    DISTRICT OF ALASKA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................................ $ **51,621,450.60**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................................................... $ **19,278,204.06**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................................................... $ **70,899,654.66**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ **23,286,465.62**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................ +$ **4,151,829.66**

4. **Total liabilities** ......................................................................................................................
   Lines 2 + 3a + 3b    $ **27,438,295.28**

**Fill in this information to identify the case:**

Debtor name **Salacia, LLC**

United States Bankruptcy Court for the:   DISTRICT OF ALASKA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank of America** | **Checking** | 7554 | $7,841.33 |
| 3.2. | **Cathay Bank** (-$7,896.31) | **Checking** | 2129 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $7,841.33

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. | Pre-paid construction and equipment | $15,316,181.01 |
| --- | --- | --- |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor   **Salacia, LLC**                                                    Case number *(If known)* _____
_____
Name

Description, including name of holder of prepayment

8.1.   **Pre-paid construction and equipment** _____   **$575,200.00**

---

9.   **Total of Part 2.**                                                    | **$15,891,381.01** |
Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
□ Yes Fill in the information below.

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
□ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
□ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
□ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
□ Yes Fill in the information below.

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

□ No.  Go to Part 9.
■ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **Vehicles, etc.** | **$202,432.29** | | **$202,432.29** |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

Debtor   **Salacia, LLC**
_____     Case number *(If known)* _____
Name

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
      **Other machinery, fixtures, and equipment**      $3,176,549.43                    $3,176,549.43

51.   **Total of Part 8.**                                                        $3,378,981.72
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ☐ No
      ■ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ☐ No
      ■ Yes

| Part 9: | Real property |
| --- | --- |

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1. **14101 45th Avenue NE Marysville, WA 98271** | **Fee Simple, 100%** | $53,308,813.28 | **FMV** | $51,621,450.60 |

56.   **Total of Part 9.**                                                        $51,621,450.60
      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ■ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

Debtor    **Salacia, LLC**
_____    Case number *(If known)* _____
Name

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Salacia, LLC**
        Name

Case number *(If known)* _____

---

**Part 12:**  **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7,841.33 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $15,891,381.01 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,378,981.72 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................> | | $51,621,450.60 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $19,278,204.06 | + 91b. $51,621,450.60 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $70,899,654.66 |

**Fill in this information to identify the case:**

Debtor name    **Salacia, LLC**

United States Bankruptcy Court for the:    DISTRICT OF ALASKA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1 Cathay Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**All assets** | **$19,326,374.20** | **$51,621,450.60** |

**2.1**  **Cathay Bank**
Creditor's Name

**6320 Canoga Ave. #910
Woodland Hills, CA 91367**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
Various**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Tesla Electric, LLC
2. Cathay Bank
3. Mastercraft Electric, Inc.
4. Harris Pacific Northwest, LLC**

Describe debtor's property that is subject to a lien
**All assets**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2**  **Harris Pacific Northwest, LLC**
Creditor's Name

**3436 Airport Drive
Bellingham, WA 98226**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
Various**

Describe debtor's property that is subject to a lien
**Real property**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | | | $3,008,623.29 | $51,621,450.60 |
|---|---|---|---|---|

Debtor **Salacia, LLC**                                                                                Case number (if known) _____

Name

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** <br> ☐ No <br> ■ Yes. Specify each creditor, including this creditor and its relative priority. <br> **Specified on line 2.1** | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |

---

| 2.3 | **Mastercraft Electric, Inc.** | | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| Creditor's Name <br><br> **206 Frontage Road N** <br> **Pacific, WA 98047** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br> **Various** <br> **Last 4 digits of account number** | **Describe debtor's property that is subject to a lien** <br> **Real property** <br><br> **Describe the lien** <br><br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$714,199.63**    **$51,621,450.60** |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** <br> ☐ No <br> ■ Yes. Specify each creditor, including this creditor and its relative priority. <br> **Specified on line 2.1** | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |

---

| 2.4 | **Tesla Electric, LLC** | | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| Creditor's Name <br><br> **PO Box 7066** <br> **Bonney Lake, WA 98391** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br> **Various** <br> **Last 4 digits of account number** | **Describe debtor's property that is subject to a lien** <br> **Real property** <br><br> **Describe the lien** <br><br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$237,268.50**    **$51,621,450.60** |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** <br> ☐ No <br> ■ Yes. Specify each creditor, including this creditor and its relative priority. <br> **Specified on line 2.1** | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$23,286,465.62**

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

---

Official Form 206D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**            page 2 of 3

Debtor   **Salacia, LLC**
_____   Case number (if known) _____
Name

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name   **Salacia, LLC**

United States Bankruptcy Court for the:   DISTRICT OF ALASKA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**2812 Architecture Inc.**<br>**2812 Colby Avenue**<br>**Everett,, WA 98201**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$1,200.00** |
| **3.2** Nonpriority creditor's name and mailing address<br>**AABCO Barricade Co., Inc**<br>**4025 80th Street SW**<br>**Mukilteo, WA 98275**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$1,756.42** |
| **3.3** Nonpriority creditor's name and mailing address<br>**Ahern Rentals (United Rentals)**<br>**P.O. Box 051122**<br>**Los Angeles, CA 90074-1122**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Rental - Equipment<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$46,918.76** |
| **3.4** Nonpriority creditor's name and mailing address<br>**American Food Equipment Co.**<br>**4923 East Linden Street**<br>**Caldwell, ID 83605**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$89,452.00** |

27718

Debtor    **Salacia, LLC**

Case number (if known) _____

Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $226,186.02 |
|---|---|---|---|

**Arbon Equipment Corporation**
**25464 Network Place**
**Chicago, IL 60673-1254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,844.35 |
|---|---|---|---|

**Auquix, LLC (PEWE)**
**19215 SE 34th St #106-202**
**Camas, WA 98607-8829**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116,088.16 |
|---|---|---|---|

**California Hydronics Corp**
**PO Box 55602**
**Hayward, CA 94545-0602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,500.00 |
|---|---|---|---|

**CBRE**
**420 Montgomery Street**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,981.93 |
|---|---|---|---|

**Central Welding Supply**
**PO BOX 179**
**North Lakewood,, WA 98259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.99 |
|---|---|---|---|

**City of Marysville - EQ**
**1049 State Avenue, Suite 101**
**Marysville, WA 98270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $284.71 |
|---|---|---|---|

**City of Marysville - Utility**
**PO Box 128**
**Caldwell, ID 83606-0128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Salacia, LLC**                                                Case number (if known) _____
_____
Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $456.20 |
|---|---|---|---|

**Comcast - Marysville account ending in 3**
PO Box 60533
City of Industry,, CA 91716-0533

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Computer, Phone and Internet Expenses**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,244.26 |
|---|---|---|---|

**Comcast - Marysville account ending in 4**
PO Box 60533
City of Industry, CA 91716-0533

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Computer, Phone and Internet Expenses**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $882,000.00 |
|---|---|---|---|

**DSI Dantech**
Speditorvej 1, Building 39
9000 Aalborg
DENMARK CVR 38330284

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64,095.00 |
|---|---|---|---|

**Economy Fence Center**
11709 Cyrus Way
Mukilteo, WA 98275

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,306.43 |
|---|---|---|---|

**Fastenal Company**
P.O. Box 1286
Winona,, MN 55987-1286

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.04 |
|---|---|---|---|

**Get Distilled Inc**
PO Box 410
Mukilteo, WA 98275-0410

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,033.03 |
|---|---|---|---|

**Grainger**
Dept. 886688583
Kansas City, MO 64141

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Salacia, LLC**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$600.00** |

**3.19** | Nonpriority creditor's name and mailing address
**Greater Marysville Tulalip Chamber of Co**
**8825 34th Avenue NE**
**Tulalip,, WA 98271**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$600.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address
**H.D. Fowler Company**
**PO Box 84368**
**Seattle, WA 98124**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$387.79**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address
**Key Technology Inc.**
**PO Box 95213**
**Chicago, IL 60694-5213**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$103,488.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address
**Mayes Testing Engineers**
**PO Box 959673**
**St Louis,, MO 63195-9673**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$1,094.37**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address
**Mistras Group Inc.**
**P.O. Box 405694**
**Atlanta,, GA 30384-5694**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$960.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address
**National Construction Rentals**
**711 W Valley Hwy S**
**Pacific, WA 98047**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$1,519.44**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address
**Nelson Petroleum**
**P.O. Box 102092**
**Pasadena, CA 91189-2092**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$2,873.79**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Salacia, LLC**

  Name                                                    Case number (if known)

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,778.00 |

**North Peak Associates LLC**
17270 Wdnvl-Redmond Rd NE
Woodinville,, WA 98072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,334.78 |

**Pacific Fire and Security, Inc.**
12529 - 131st Ct. NE
Kirkland, WA 98034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,914.73 |

**Pacific Mobile Structures, Inc.**
P.O. Box 24747
Seattle,, WA 98124-0747

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,664.03 |

**Pacific Security**
2009 Iron Street
Bellingham, WA 98225-4211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,663.33 |

**PacNW Excavation**
5110 Parkridge Pl
Sedro Woolley, WA 98284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132.82 |

**Pape Material Handling Inc.**
PO Box 35144
Seattle, WA 98124-5144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $532.09 |

**Puget Sound Energy - Marysville, WA**
P.O. Box 91269
Bellevue, WA 98009-9269

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Salacia, LLC**
_____    Case number _(if known)_ _____
Name

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,002.50 |
|---|---|---|---|

**Quantum Consulting Engineers**
**1511 Third Ave Ste 323**
**Seattle, WA 98101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $33,681.25 |
|---|---|---|---|

**Rensch Engineering LLC**
**111 Ave C - Ste 104**
**Snohomish, WA 98290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $15,883.00 |
|---|---|---|---|

**Riley Group**
**17522 Bothell Way NE**
**Bothell, WA 98011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $353,707.00 |
|---|---|---|---|

**Scan America Corporation**
**9505 N Congress Ave**
**Kansas City, MO 64153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $6,404.03 |
|---|---|---|---|

**Smokey Point Concrete**
**PO Box 24211**
**Seattle, WA 98124-0211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $3,212.15 |
|---|---|---|---|

**Snohomish County PUD_AC #1870**
**PO Box 1100**
**Everett,, WA 98206-1100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $571,200.00 |
|---|---|---|---|

**Snohomish County PUD_AC #8914**
**PO Box 1100**
**Everett,, WA 98206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Salacia, LLC**

Name

Case number *(if known)* _____

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,483.39** |
|---|---|---|---|

**Sound Industrial LLC**
**PO Box 32**
**Silvana, WA 98287-0032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$181,275.40** |
|---|---|---|---|

**Spokane Stainless Technologies, Inc.**
**PO Box 3303**
**Spokane, WA 99220-3303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$181.71** |
|---|---|---|---|

**Sprague Pest Solutions**
**PO BOX 35129**
**Seattle,, WA 98124-5129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Repairs and Maintenance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69,450.00** |
|---|---|---|---|

**Tann Corporation**
**2300 Northridge Drive**
**Kaukauna, WI 54130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$870,000.00** |
|---|---|---|---|

**Triangle Package Machinery Company**
**6655 W. Diversey Ave**
**Chicago, IL 60707-2293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,720.00** |
|---|---|---|---|

**WA State Department of Ecology**
**Cashiering Unit**
**Olympia, WA 98504-7611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,196.43** |
|---|---|---|---|

**Whispering Pines Custom Landscapes, LLC**
**2518 Larlin Drive**
**Everett, WA 98203-6929**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Salacia, LLC**                                    Case number (if known) _____
                 Name

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $309,438.00 |

**Wilevco LLC**
**10 Fortune Drive**
**Billerica, MA 01821**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $124.33 |

**Ziply Fiber**
**P.O. Box 740416**
**Cincinnati,, OH 45274-0416**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
| --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 4,151,829.66 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 4,151,829.66 |

**Fill in this information to identify the case:**

Debtor name  **Salacia, LLC**

United States Bankruptcy Court for the:  DISTRICT OF ALASKA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☑ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name **Salacia, LLC**

United States Bankruptcy Court for the: DISTRICT OF ALASKA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street<br><br>City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

# United States Bankruptcy Court
## District of Alaska

In re  **Salacia, LLC**

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **North Star Capital Solutions, LLC**<br>**800 North State Street #403**<br>**Dover, DE 19901** | | **100** | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Authorized Representative** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **August 19, 2024**

Signature  **/s/ Aleksey Kozlov**

**Aleksey Kozlov**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Alaska

In re  **Salacia, LLC**

Debtor(s)

Case No.

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **August 19, 2024**

**/s/ Aleksey Kozlov**
**Aleksey Kozlov/Authorized Representative**
Signer/Title

```
Internal Revenue Service
Jackson Federal Bldg
915 2nd Ave M/S W243
Seattle, WA 98174


US Treasury
Secretary of the Treasury
1500 Pennsylvania Ave NW
Washington, DC 20220


US Attorney
Attn Bankruptcy Assistant
700 Stewart ST #5220
Seattle, WA 98101-4438


Attorney General of the
  United States
US Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001


U.S. Small Business Admin.
510 L Street
Room 310
Anchorage, AK 99501


Office of the Attorney General (AK)
Attorney General Treg R. Taylor
1031 W 4th Ave. #200
Anchorage, AK 99501


United States Attorney's Office
222 W 7th Ave. Rm. 253, #9
Anchorage, AK 99513


2812 Architecture Inc.
2812 Colby Avenue
Everett,, WA 98201


AABCO Barricade Co., Inc
4025 80th Street SW
Mukilteo, WA 98275


Ahern Rentals (United Rentals)
P.O. Box 051122
Los Angeles, CA 90074-1122
```

American Food Equipment Co.
4923 East Linden Street
Caldwell, ID 83605


Arbon Equipment Corporation
25464 Network Place
Chicago, IL 60673-1254


Auquix, LLC (PEWE)
19215 SE 34th St #106-202
Camas, WA 98607-8829


California Hydronics Corp
PO Box 55602
Hayward, CA 94545-0602


Cathay Bank
6320 Canoga Ave. #910
Woodland Hills, CA 91367


CBRE
420 Montgomery Street
San Francisco, CA 94104


Central Welding Supply
PO BOX 179
North Lakewood,, WA 98259


City of Marysville - EQ
1049 State Avenue, Suite 101
Marysville, WA 98270


City of Marysville - Utility
PO Box 128
Caldwell, ID 83606-0128


Comcast - Marysville account ending in 3
PO Box 60533
City of Industry,, CA 91716-0533


Comcast - Marysville account ending in 4
PO Box 60533
City of Industry, CA 91716-0533

DSI Dantech
Speditorvej 1, Building 39
9000 Aalborg
DENMARK CVR 38330284


Economy Fence Center
11709 Cyrus Way
Mukilteo, WA 98275


Fastenal Company
P.O. Box 1286
Winona,, MN 55987-1286


Get Distilled Inc
PO Box 410
Mukilteo, WA 98275-0410


Grainger
Dept. 886688583
Kansas City, MO 64141


Greater Marysville Tulalip Chamber of Co
8825 34th Avenue NE
Tulalip,, WA 98271


H.D. Fowler Company
PO Box 84368
Seattle, WA 98124


Harris Pacific Northwest, LLC
3436 Airport Drive
Bellingham, WA 98226


Key Technology Inc.
PO Box 95213
Chicago, IL 60694-5213


Mastercraft Electric, Inc.
206 Frontage Road N
Pacific, WA 98047


Mayes Testing Engineers
PO Box 959673
St Louis,, MO 63195-9673

Mistras Group Inc.
P.O. Box 405694
Atlanta,, GA 30384-5694


National Construction Rentals
711 W Valley Hwy S
Pacific, WA 98047


Nelson Petroleum
P.O. Box 102092
Pasadena, CA 91189-2092


North Peak Associates LLC
17270 Wdnvl-Redmond Rd NE
Woodinville,, WA 98072


Pacific Fire and Security, Inc.
12529 - 131st Ct. NE
Kirkland, WA 98034


Pacific Mobile Structures, Inc.
P.O. Box 24747
Seattle,, WA 98124-0747


Pacific Security
2009 Iron Street
Bellingham, WA 98225-4211


PacNW Excavation
5110 Parkridge Pl
Sedro Woolley, WA 98284


Pape Material Handling Inc.
PO Box 35144
Seattle, WA 98124-5144


Puget Sound Energy - Marysville, WA
P.O. Box 91269
Bellevue, WA 98009-9269


Quantum Consulting Engineers
1511 Third Ave Ste 323
Seattle, WA 98101

Rensch Engineering LLC
111 Ave C - Ste 104
Snohomish, WA 98290


Riley Group
17522 Bothell Way NE
Bothell, WA 98011


Scan America Corporation
9505 N Congress Ave
Kansas City, MO 64153


Smokey Point Concrete
PO Box 24211
Seattle, WA 98124-0211


Snohomish County PUD_AC #1870
PO Box 1100
Everett,, WA 98206-1100


Snohomish County PUD_AC #8914
PO Box 1100
Everett,, WA 98206


Sound Industrial LLC
PO Box 32
Silvana, WA 98287-0032


Spokane Stainless Technologies, Inc.
PO Box 3303
Spokane, WA 99220-3303


Sprague Pest Solutions
PO BOX 35129
Seattle,, WA 98124-5129


Tann Corporation
2300 Northridge Drive
Kaukauna, WI 54130


Tesla Electric, LLC
PO Box 7066
Bonney Lake, WA 98391

```
Triangle Package Machinery Company
6655 W. Diversey Ave
Chicago, IL 60707-2293


WA State Department of Ecology
Cashiering Unit
Olympia, WA 98504-7611


Whispering Pines Custom Landscapes, LLC
2518 Larlin Drive
Everett, WA 98203-6929


Wilevco LLC
10 Fortune Drive
Billerica, MA 01821


Ziply Fiber
P.O. Box 740416
Cincinnati,, OH 45274-0416
```

# United States Bankruptcy Court
### District of Alaska

In re   **Salacia, LLC**                     Case No. _____

                                   Debtor(s)           Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Salacia, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**North Star Capital Solutions, LLC**
**800 North State Street #403**
**Dover, DE 19901**

☐ None [*Check if applicable*]

**August 19, 2024**
Date

**/s/ Thomas A. Buford**

**Thomas A. Buford**
Signature of Attorney or Litigant
Counsel for   **Salacia, LLC**
**Bush Kornfeld LLP**
**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
**(206) 292-2110 Fax:(206) 292-2104**
**tbuford@bskd.com**